# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH TATE, | ) | Case No.: 1:11-at-00617 |
| | ) | |
| | ) | **ORDER GRANTING APPLICATION TO** |
| Plaintiff, | ) | **PROCEED IN FORMA PAUPERIS** |
| | ) | |
| v. | ) | |
| | ) | (Doc. 4) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff Kenneth Tate filed a complaint on September 28, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons; and

3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:    September 28, 2011**            _____
                                                      **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE